**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Lie, Ki Ki                         | CHAPTER 13
      Debtor(s)  |
  | BKY. NO. 14-19443 JKF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of Ditech Financial LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0916


                                Respectfully submitted,

                                **/s/Brian C. Nicholas, Esquire**
                                Brian C. Nicholas, Esquire
                                Thomas Puleo, Esquire
                                KML Law Group, P.C.
                                701 Market Street, Suite 5000
                                Philadelphia, PA 19106-1532
                                (215) 825-6306  FAX (215) 825-6406