# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-19443-AMC

MING W. LIE
KI KI LIE
2314 S. 21ST STREET

PHILADELPHIA, PA 19145

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MING W. LIE
    KI KI LIE
    2314 S. 21ST STREET

    PHILADELPHIA, PA 19145

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

/S/ William C. Miller

Date: 12/1/2017

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee