```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
In re:                                                             Case No. 14-19443-amc
Ming W. Lie                                                        Chapter 13
Ki Ki Lie
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: PaulP              Page 1 of 3              Date Rcvd: Jan 09, 2018
                              Form ID: pdf900          Total Noticed: 58


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db/jdb         +Ming W. Lie,   Ki Ki Lie,    2314 S. 21st Street,   Philadelphia, PA 19145-3418
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
13432934        American Express,   P.O. Box 1270,    Newark, NJ 07101-1270
13432933        American Express,   c/o Becckt & Lee, LLP,    POB 3001,   Malvern, PA 19355-0701
13514570        American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13514559        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13432936       +Asian Bank,   1008 Arch Street,    Philadelphia, PA 19107-3002
13432938        Bank of America,   PO Box 85350,    Louisville, KY 40285-5350
13432941       +BankOne/Chase,   c/o Creditors Interchange,    80 Holtz Drive,   Buffalo, NY 14225-1470
13432943        Chase,   Cardmember Service,    PO Box 15153,   Wilmington, DE 19886-5153
13432932       +Chase Bank USA,   c/o Valentine & Kebartas, Inc.,    PO Box 325,   Lawrence, MA 01842-0625
13432944       +Citi Mastercard,   PO Box 6241,    Sioux Falls, SD 57117-6241
13432945       +Citizens Bank,   1 Citizens Drive,    Riverside, RI 02915-3000
13432946       +Citizens CC,   1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
13432949       +David Apothaker, Esquire,   520 Fellowship Rd.,    C306,   Mount Laurel, NJ 08054-3410
13432954       +FIA Card Services,   PO Box 15102,    Wilmington, DE 19850-5102
13432953       +Federal Home Loan Mortgage Corp.,   5000 Plano Parkway,    Carrolltown, TX 75010-4900
13432955       +First Data Merchant Service,   4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
13432958       +HSBC Bank,   200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2877
13664051       +HUB Properties Trust,   c/o CBRE,   1500 Market Street,    Lower Mezzanine,
                 Philadelphia, PA 19102-2109
13432959        J.E. Caldwell,   TD Bank, NA,   PO Box 609,   Memphis, TN 38101-0609
13432961        Lexus Financial Services,   PO Box 5236,    Carol Stream, IL 60197-5236
13664055        Nationwide Credit, Inc.,   PO Box 26314,    Lehigh Valley, PA 18002-6314
13432964       +Police & Fire Credit Union,   901 Arch Street,    Philadelphia, PA 19107-2495
13432967       +Slomin's Inc,   125 Lauman Lane,    Hicksville, NY 11801-6539
13432970       ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit,    5005 N. River Blvd.,
                 Cedar Rapids, IA 52411-6624)
13527299        The Bank of New York Mellon,   c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,   West Palm Beach, FL 33416-4605
13432968       +The Hartford,   PO Box 2917,    Hartford, CT 06104-2917
13664065       +Thomas R. Fawkes, Esquire,   208 S. LaSalle Street,    Suite 1750,   Chicago, IL 60604-1170
13472645        Toyota Motor Credit Corporation,    c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13432971       ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank RMS CC,    205 W. 4th Street,   Cincinnati, OH 45202)
13432972       +Zwicker & Associates, PC,   80 Minuteman Rd,    Andover, MA 01810-1008
13432952        eCast Settlement Corporatation,    assignee of Chase Bank,   PO Box 29262,
                 Newark, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Jan 10 2018 01:44:17     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2018 01:44:01     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2018 01:43:22
                 Ditech Financial LLC FKA Green Tree Servicing, LLC,    PO BOX 6154,
                 Rapid City, SD  57709-6154
cr              E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 01:39:38     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13432935        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2018 01:50:41
                 American Infosource, as agent for,   First Date Global Leasing,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13432937        E-mail/Text: JPF-EBN@jpfryelaw.com Jan 10 2018 01:43:14     Atlantic Credit & Fiance, Inc.,
                 c/o John P. Frye, PC,   PO Box 13665,   Roanoke, VA 24036-3665
13432940       +Fax: 407-737-5634 Jan 10 2018 02:56:46     Bank of New York, as Trustee,
                 c/o Ocwen Loan Servicing, LLC,   Attn. Banruptcy Dept.,   1661 Worthington Rd., Suite 100,
                 West Palm Beach, FL 33409-6493
13432942       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 10 2018 01:44:02
                 Bayview Loan Servicing, LLC,   4425 Ponce De Leon Blvd.,   5th Floor,
                 Coral Gables, FL 33146-1837
13432947        E-mail/Text: bankruptcy@phila.gov Jan 10 2018 01:44:17     City of Philadelphia,
                 Law Department, Enforecment Div.,   1515 Arch Street, 15th Fl.,   Philadelphia, PA 19102-1508
13519594        E-mail/Text: bankruptcy@phila.gov Jan 10 2018 01:44:17     City of Philadelphia,
                 Law Department Tax Unit,   Bankruptcy Group, MSB,   1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13432948       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 01:50:02     CR Evergreen, LLC,
                 MS 550,   PO Box 91121,   Seattle, WA 98111-9221
13432950        E-mail/Text: mrdiscen@discover.com Jan 10 2018 01:43:16     Discover,   P.O. Box 15251,
                 Wilmington, DE 19886-5251
```

```
District/off: 0313-2           User: PaulP                 Page 2 of 3                   Date Rcvd: Jan 09, 2018
                               Form ID: pdf900             Total Noticed: 58


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13432951       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 01:50:02
                 East Bay Fuding, LLC,    c/o Resugent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13525084       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 01:50:40
                 East Bay Funding, LLC its successors and assigns,    as assignee of Roundup Funding L.L.C.,
                 Resurgent Capital Services,    PO Box 288,   Greenville, SC 29602-0288
13432957        E-mail/Text: cashiering-administrationservices@flagstar.com Jan 10 2018 01:45:15
                 Flagstar Bank, FSB,    5151 Corporate Drive,    Troy, MI 48098
13432956        E-mail/Text: cashiering-administrationservices@flagstar.com Jan 10 2018 01:45:15
                 Flagstar Bank,    5151 Corporate Drive,   Troy, MI 48098-2639
13510030        E-mail/Text: bankruptcy.bnc@ditech.com Jan 10 2018 01:43:22      Green Tree Servicing LLC,
                 PO Box 6154,   Rapid City, SD 57709-6154
13432960        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2018 01:43:55      Jefferson Capital Systems,
                 PO Box 7999,   Saint Cloud, MN 56302-9617
13432962       +E-mail/Text: egssupportservices@alorica.com Jan 10 2018 01:43:53
                 NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13432965        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2018 03:14:06
                 Portfolio Recovery Associates,    PO Box 41067,   Norfolk, VA 23541
13489537        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2018 01:43:39
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13432963       +E-mail/Text: equiles@philapark.org Jan 10 2018 01:45:19      Philadelphia Parking Authority,
                 3101 Market Street,   Philadelphia, PA 19104-2806
13440862        E-mail/PDF: rmscedi@recoverycorp.com Jan 10 2018 01:39:31
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13432966       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 10 2018 01:50:39
                 Roundup Funding, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13432969        E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2018 01:39:23      The Home Depot,   P.O. Box 103047,
                 Roswell, GA 30076
                                                                                                TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13664060        residential lease
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
NONE*          ++GREENTREE SERVICING LLC,    BANKRUPTCY DEPARTMENT,    P O BOX 6154,   RAPID CITY SD 57709-6154
                (address filed with court: Green Tree Servicing LLC,    PO Box 6154,
                 Rapid City, SD 57709-6154)
13664023*       American Express,   c/o Beccket & Lee, LLP,    POB 3001,    Malvern, PA 19355-0701
13664022*       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13664024*       American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
13516348*       American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13664025*       American Infosource, as agent for,    First Date Global Leasing,    PO Box 248838,
                 Oklahoma City, OK 73124-8838
13664026*      +Asian Bank,   1008 Arch Street,    Philadelphia, PA 19107-3002
13664027*       Atlantic Credit & Fiance, Inc.,    c/o John P. Frye, PC,    PO Box 13665,
                 Roanoke, VA 24036-3665
13432939*       Bank of America,   PO Box 85350,    Louisville, KY 40285-5350
13664028*       Bank of America,   PO Box 85350,    Louisville, KY 40285-5350
13664029*       Bank of America,   PO Box 85350,    Louisville, KY 40285-5350
13664030*      +Bank of New York, as Trustee,    c/o Ocwen Loan Servicing, LLC,    Attn. Banruptcy Dept.,
                 1661 Worthington Rd., Suite 100,    West Palm Beach, FL 33409-6493
13664031*      +BankOne/Chase,   c/o Creditors Interchange,    80 Holtz Drive,   Buffalo, NY 14225-1470
13664032*      +Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,    5th Floor,
                 Coral Gables, FL 33146-1837
13664039*      +CR Evergreen, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13664040*      +CR Evergreen, LLC,    MS 550,   PO Box 91121,    Seattle, WA 98111-9221
13664033*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13664034*       Chase,   Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
13664035*      +Chase Bank USA,   c/o Valentine & Kebartas, Inc.,    PO Box 325,   Lawrence, MA 01842-0625
13664036*      +Citi Mastercard,   PO Box 6241,    Sioux Falls, SD 57117-6241
13664037*      +Citizens Bank,   1 Citizens Drive,    Riverside, RI 02915-3000
13664038*      +Citizens CC,   1000 Lafayette Blvd.,    Bridgeport, CT 06604-4725
13664042*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
                (address filed with court: Discover,    P.O. Box 15251,    Wilmington, DE 19886-5251)
13664041*      +David Apothaker, Esquire,    520 Fellowship Rd.,    C306,   Mount Laurel, NJ 08054-3410
13664043*      +East Bay Fuding, LLC,    c/o Resugent Capital Services,    PO Box 288,
                 Greenville, SC 29602-0288
13664046*      +FIA Card Services,    PO Box 15102,   Wilmington, DE 19850-5102
13455617*      ++FLAGSTAR BANK FSB,    5151 CORPORATE DRIVE,    MAIL STOP E 115 3,   TROY MI 48098-2639
                (address filed with court: Flagstar Bank, FSB,    5151 Corporate Drive,    Troy, MI 48098)
13664049*      ++FLAGSTAR BANK FSB,    5151 CORPORATE DRIVE,    MAIL STOP E 115 3,   TROY MI 48098-2639
                (address filed with court: Flagstar Bank, FSB,    5151 Corporate Drive,    Troy, MI 48098)
13664045*      +Federal Home Loan Mortgage Corp.,    5000 Plano Parkway,    Carrolltown, TX 75010-4900
13664047*      +First Data Merchant Service,    4000 Coral Ridge Drive,    Coral Springs, FL 33065-7614
13664048*       Flagstar Bank,    5151 Corporate Drive,    Troy, MI 48098-2639
13664050*      +HSBC Bank,    200 SOmerset Corp. Blvd., Ste. 100,    Bridgewater, NJ 08807-2877
```

```
District/off: 0313-2          User: PaulP               Page 3 of 3         Date Rcvd: Jan 09, 2018
                              Form ID: pdf900           Total Noticed: 58


              ***** BYPASSED RECIPIENTS (continued) *****
13664052*        J.E. Caldwell,    TD Bank, NA,    PO Box 609,    Memphis, TN 38101-0609
13459709*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,    Po Box 7999,
                   Saint Cloud Mn 56302-9617)
13664053*       ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems,    PO Box 7999,
                   Saint Cloud, MN 56302-9617)
13664054*        Lexus Financial Services,    PO Box 5236,    Carol Stream, IL 60197-5236
13664056*       +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2308
13664059*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery Associates,    PO Box 41067,    Norfolk, VA 23541)
13664057*       +Philadelphia Parking Authority,    3101 Market Street,    Philadelphia, PA 19104-2806
13664058*       +Police & Fire Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13664061*       +Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
13664062*       +Slomin's Inc,    125 Lauman Lane,    Hicksville, NY 11801-6539
13664067*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    5005 N. River Blvd.,
                   Cedar Rapids, IA 52411-6624)
13664063*       +The Hartford,    PO Box 2917,    Hartford, CT 06104-2917
13664064*        The Home Depot,    P.O. Box 103047,    Roswell, GA 30076
13664066*       +Thomas R. Fawkes, Esquire,    208 S. LaSalle Street,    Suite 1750,    Chicago, IL 60604-1170
13664068*      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US Bank RMS CC,    205 W. 4th Street,    Cincinnati, OH 45202)
13664069*       +Zwicker & Associates, PC,    80 Minuteman Rd,    Andover, MA 01810-1008
13664044*        eCast Settlement Corporatation,    assignee of Chase Bank,    PO Box 29262,
                   Newark, NY 10087-9262
                                                                                              TOTALS: 1, * 50, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2018 at the address(es) listed below:

```
          ANDREW   SPIVACK    on behalf of Creditor   Bank Of New York  As Truste For American Home Mortgage
           Et al. paeb@fedphe.com
          ANDREW   SPIVACK    on behalf of Creditor   OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BANK OF
           NEW YORK MELLON (FKA THE BANK OF NEW YORK) AS TRUSTEE FOR THE HOLDERS OF AMERICAN HOME MORTGAGE
           INVESTMENT TRUST 2004-4 paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor   Flagstar Bank, FSB ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          CELINE P. DERRKRIKORIAN    on behalf of Creditor   Flagstar Bank, FSB ecfmail@mwc-law.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue RA-occbankruptcy5@state.pa.us,   RA-occbankruptcy6@state.pa.us
          JEREMY JOHN KOBESKI    on behalf of Creditor   Bank Of New York As Trustee For American et. al.
           paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   The Bank of New York Mellon etal paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   Bank Of New York As Trustee For American et. al.
           paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Joint Debtor Ki Ki  Lie Perlick@verizon.net,
           pireland1@verizon.net
          ZACHARY   PERLICK    on behalf of Debtor Ming W. Lie Perlick@verizon.net,   pireland1@verizon.net
                                                                                             TOTAL: 13
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MING W. LIE                          Chapter 13
KI KI LIE

                       Debtor               Bankruptcy No. 14-19443-AMC

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

       **AND NOW**, this __9th__ day of __January__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

       **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
MING W. LIE
KI KI LIE
2314 S. 21ST STREET

PHILADELPHIA, PA 19145